# Exhibit A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE SHELBY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 73D01-1907-CT-000023 |

JERRY MUSGROVE, and  )
MIGUEL STANLEY,  )
　　　　　　　　　　　)
　　　　　Plaintiffs,  )
　　　　　　　　　　　)
v.  )
　　　　　　　　　　　)
DAVID F. UDELL, and  )
TRIPLE C EXPRESS, L.L.C.,  )
　　　　　　　　　　　)
　　　　　Defendants.  )

## PLAINTIFF, JERRY MUSGROVE'S RESPONSE TO DEFENDANT, DAVID F. UDELL'S REQUEST FOR ADMISSIONS

Comes now the Plaintiff, Jerry Musgrove, by counsel, Timothy A. Rowe, and responds to Defendant, David Udell's Request for Admissions as follows:

**Request for Admission No. 1:** The total of all of Plaintiff's damages arising from the accident for which Plaintiff seeks compensation does not exceed $75,000.

**RESPONSE:** Plaintiff cannot admit or deny that as it is the discretion of the jury what they may award for pain and suffering and the nature and extent of my injuries and how the injuries have affected my activities of daily living and loss of enjoyment of life.

**Request for Admission No. 2:** Plaintiff will not personally seek damages from the Defendants in excess of $75,000 at the trial of this matter.

**RESPONSE:** Plaintiff cannot admit or deny that as it is the discretion of the jury what they may award for pain and suffering and the nature and extent of my injuries and how the injuries have affected my activities of daily living and loss of enjoyment of life.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　ROWE & HAMILTON

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Timothy A. Rowe, Attorney #6554-49
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs, Jerry Musgrove and Miguel Stanley*

**ROWE & HAMILTON**
101 West Ohio St., Suite 1701
Indianapolis IN  46204
P:  317.632.2524
F:  317.631.5905
trowelaw@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served by the Court's ECF service distribution, this ___3rd___ day of ___February___, 2020, to:

Christopher R. Whitten
Matthew K. Phillips
Whitten Law Office
6801 Gray Road, Suite H
Indianapolis, IN 46237
cwhitten@indycounsel.com
mphillips@indycounsel.com

_____
Timothy A. Rowe

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE SHELBY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 73D01-1907-CT-000023 |

JERRY MUSGROVE, and )
MIGUEL STANLEY, )
                Plaintiffs, )
v. )
DAVID F. UDELL, and )
TRIPLE C EXPRESS, L.L.C., )
                Defendants. )

## PLAINTIFF, MIGUEL STANLEY'S RESPONSE TO DEFENDANT, DAVID F. UDELL'S REQUEST FOR ADMISSIONS

Comes now the Plaintiff, Miguel Stanley, by counsel, Timothy A. Rowe, and responds to Defendant, David Udell's Request for Admissions as follows:

**Request for Admission No. 1:** The total of all of Plaintiff's damages arising from the accident for which Plaintiff seeks compensation does not exceed $75,000.

**RESPONSE:** **Plaintiff cannot admit or deny that as it is the discretion of the jury what they may award for pain and suffering and the nature and extent of my injuries and how the injuries have affected my activities of daily living and loss of enjoyment of life.**

**Request for Admission No. 2:** Plaintiff will not personally seek damages from the Defendants in excess of $75,000 at the trial of this matter.

**RESPONSE:** **Plaintiff cannot admit or deny that as it is the discretion of the jury what they may award for pain and suffering and the nature and extent of my injuries and how the injuries have affected my activities of daily living and loss of enjoyment of life.**

Respectfully submitted,

ROWE & HAMILTON

Timothy A. Rowe, Attorney #6554-49
*Attorney for Plaintiffs, Jerry Musgrove and Miguel Stanley*

**ROWE & HAMILTON**
101 West Ohio St., Suite 1701
Indianapolis IN  46204
P:  317.632.2524
F:  317.631.5905
trowelaw@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served by the Court's ECF service distribution, this  3rd  day of  February , 2020, to:

Christopher R. Whitten
Matthew K. Phillips
Whitten Law Office
6801 Gray Road, Suite H
Indianapolis, IN 46237
cwhitten@indycounsel.com
mphillips@indycounsel.com

Timothy A. Rowe

2