UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JERRY MUSGROVE, and<br>MIGUEL STANLEY | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 1:20-cv-00484-JMS-TAB |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID F. UDELL and<br>TRIPLE C. EXPRESS, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter, having come before the Court on the Stipulation of Dismissal with Prejudice of Plaintiffs' Complaint, and the Court being first duly advised, now grants the Stipulation [31].

IT IS THEREFORE ORDERED that the Complaint of Plaintiffs, Jerry Musgrove and Miguel Stanley, is dismissed with prejudice, costs paid, as against Defendants, David F. Udell and Triple C. Express, L.L.C.

Date: 8/7/2020

_Jane Magnus-Stinson_

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:
All Counsel of Record